# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY P.,<br>Individually and on behalf of D.D.,<br><br>*Plaintiff,*<br><br>v.<br><br>SCHOOL DISTRICT OF<br>PHILADELPHIA,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 24-319 |

## ORDER

**AND NOW**, this 26th day of February, 2025, upon consideration of Plaintiff's unopposed Petition for Approval of Settlement, (ECF No. 13), it is **ORDERED** that the Petition is **GRANTED** and the Plaintiff is authorized to enter into the proposed settlement with Defendant.

The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.